Galen T. Shimoda (Cal. State Bar No. 226752)
Justin P. Rodriguez (Cal. State Bar No. 278275)
Brittany V. Berzin (Cal. State Bar No. 325121)
Renald Konini (Cal. State Bar No. 312080)
Jessica L. Hart (Cal. State Bar No. 331441)
**Shimoda Law Corp.**
9401 East Stockton Boulevard, Suite 120
Elk Grove, CA 95624
Telephone: (916) 525-0716
Facsimile: (916) 760-3733
Email: attorney@shimodalaw.com
    jrodriguez@shimodalaw.com
    bberzin@shimodalaw.com
    rkonini@shimodalaw.com
    jhart@shimodalaw.com

Attorneys for Plaintiff STEPHON WHITESIDE
individually and on behalf of similarly situated employees

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHON WHITESIDE, individually and on behalf of all other similarly situated employees,<br><br>Plaintiff,<br><br>vs.<br><br>SPSG PARTNERS, an Unincorporated Joint Venture; SPSG PARTNERS, LLC, a California Limited Liability Company; SUKUT CONSTRUCTION, INC., a California Corporation; SUKUT CONSTRUCTION, LLC, a California Limited Liability Company; GOODFELLOWS BROS. CALIFORNIA, LLC., a California Limited Liability Company; PACIFIC STATES ENVIRONMENTAL CONTRACTORS, INC., a California Corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | **Case No.: 2:20-cv-01643-TLN-DMC**<br><br>Hon. Troy L. Nunley<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME FOR INITIAL DISCLOSURE AND REQUIREMENTS OF FRCP, RULE 26(A)(1) AND (F) AND REQUEST TO VACATE THE COURT'S INITIAL PRETRIAL SCHEDULING ORDER PENDING THIS COURT'S ORDER ON PLAINTIFF'S MOTION TO REMAND**<br><br>Complaint Filed: Jan. 13, 2020<br>Removed to Fed. Court: Aug. 14, 2020 |

1
JOINT STIPULATION AND ORDER TO EXTEND TIME FOR INITIAL DISCLOSURE AND
REQUIREMENTS OF FRCP, RULE 26(A)(1) AND (F) AND REQUEST TO VACATE THE COURT'S INITIAL
PRETRIAL SCHEDULING ORDER PENDING THIS COURT'S ORDER ON PLAINTIFF'S MOTION TO
REMAND

017088.0000829
822987.1

TO THE HONORABLE COURT, ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

Plaintiff STEPHON WHITESIDE ("Plaintiff") and Defendants SPSG PARTNERS; SUKUT CONSTRUCTION, INC.; SUKUT CONSTRUCTION, LLC; GOODFELLOW BROS. CALIFORNIA, LLC; and PACIFIC STATES ENVIRONMENTAL CONTRACTORS, INC. ("Defendants") (collectively referred to as the "Parties") hereby submit this joint stipulation to extend time for initial disclosure and requirements of FRCP, Rule 26(A)(1) and (F) and request to vacate the Court's Initial Pretrial Scheduling Order pending an Order on Plaintiff's Motion to Remand, and state as follows:

**STIPULATION**

1. WHEREAS, Defendants removed this PAGA action from Butte County Superior Court on August 14, 2020.  (Docket Entry ("D.E.") 1);

2. WHEREAS, the Court issued an Initial Pretrial Scheduling Order on August 14, 2020. (D.E. 2);

3. WHEREAS, Plaintiff filed a Motion to Remand this action back to state court on September 11, 2020. (D.E. 5);

4. WHEREAS, the Motion to Remand was fully briefed on October 7, 2020. (D.E. 10);

5. WHEREAS, on October 12, 2020, during the Rule 26(f) conference, the Parties agreed after thoughtful consideration that, given the pending Motion to Remand and considering judicial and party efficiency, it was best to request that the deadlines in the Court's Initial Pretrial Scheduling Order be vacated, pending the outcome of Plaintiff's Motion to Remand to determine the threshold issue of removal.  *See, e.g., Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 377 (1994); *Marley v. United States*, 567 F.3d 1030, 1032 (9th Cir. 2009) ("A federal court generally may not rule on the merits of a case without first determining that it has jurisdiction"); *Sinochem Int'l Co. v. Malay. Int'l Shipping Corp.*, 549 U.S. 422, 430-431 (2007) ("Without jurisdiction the court cannot proceed at all in any cause; it may not assume jurisdiction for the purpose of deciding the merits of the case");

2
JOINT STIPULATION AND ORDER TO EXTEND TIME FOR INITIAL DISCLOSURE AND REQUIREMENTS OF FRCP, RULE 26(A)(1) AND (F) AND REQUEST TO VACATE THE COURT'S INITIAL PRETRIAL SCHEDULING ORDER PENDING THIS COURT'S ORDER ON PLAINTIFF'S MOTION TO REMAND

017088.0000829
822987.1

6. WHEREAS, the Parties further agree that postponing the initial disclosure requirements of Rule 26(a)(1) and (f) until Plaintiff's challenge to jurisdiction has been resolved will facilitate to the mutual goal of the Parties to minimize attorneys' fees;

7. WHEREAS, the Parties agree and propose to confer in accordance with Rule 26(f) within 30 days of the Court's order on Plaintiff's Motion to Remand, and thereafter within the time specified by Rule 26, make the initial disclosures pursuant to Rule 26(a)(1) and file their report pursuant to Rule 26(f);

8. This extension is the first extension sought regarding the initial disclosure requirements of Rule 26(a)(1) and (f);

9. The extension is not sought for any improper purpose or to delay and will not result in prejudice to either party;

10. If the Court is not inclined to vacate the deadlines in the Order pending a ruling on the Motion to Remand, the Parties will promptly submit requested scheduling dates and a full Joint Statement of the case;

11. NOW THEREFORE, the Parties stipulate to confer in accordance with Rule 26(f) within 30 days of the Court's order on Plaintiff's Motion to Remand, and thereafter within the time specified by Rule 26, make the initial disclosures pursuant to Rule 26(a)(1) and file their report pursuant to Rule 26(f) and request that the Court vacate the deadlines set forth in the Court's Initial Pretrial Scheduling Order until the Court issues an Order on Plaintiff's Motion to Remand, subject to this Court's approval.

Dated:   October 13, 2020                         SHIMODA LAW CORP.

                              By:  /s/ Galen T. Shimoda
                                Galen T. Shimoda
                                Justin P. Rodriguez
                                Brittany V. Berzin
                                Renald Konini
                                Jessica L. Hart
                                Attorneys for Plaintiff

3
JOINT STIPULATION AND ORDER TO EXTEND TIME FOR INITIAL DISCLOSURE AND REQUIREMENTS OF FRCP, RULE 26(A)(1) AND (F) AND REQUEST TO VACATE THE COURT'S INITIAL PRETRIAL SCHEDULING ORDER PENDING THIS COURT'S ORDER ON PLAINTIFF'S MOTION TO REMAND

017088.0000829
822987.1

1
2
3  Dated:  October 13, 2020                              ATKINSON, ANDELSON, LOYA, RUUD &
4                                                       ROMO
5
6                                                       By:  /s/ Mia A. Lomedico
                                                            Scott K. Dauscher
7                                                           Mia A. Lomedico
                                                            Attorneys for Defendants
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

017088.0000829
822987.1

4
JOINT STIPULATION AND ORDER TO EXTEND TIME FOR INITIAL DISCLOSURE AND
REQUIREMENTS OF FRCP, RULE 26(A)(1) AND (F) AND REQUEST TO VACATE THE COURT'S INITIAL
PRETRIAL SCHEDULING ORDER PENDING THIS COURT'S ORDER ON PLAINTIFF'S MOTION TO
REMAND

**ORDER**

The COURT, having considered the above stipulation, HEREBY ORDERS that:

1. That the deadlines set forth in this Court's Initial Pretrial Scheduling Order are vacated; and
2. The Parties shall confer in accordance with Rule 26(f) within 30 days of the Court's order on Plaintiff's Motion to Remand, and thereafter within the time specified by Rule 26, make the initial disclosures pursuant to Rule 26(a)(1) and file their report pursuant to Rule 26(f).

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: October 14, 2020

_____
Troy L. Nunley
United States District Judge

5
JOINT STIPULATION AND ORDER TO EXTEND TIME FOR INITIAL DISCLOSURE AND REQUIREMENTS OF FRCP, RULE 26(A)(1) AND (F) AND REQUEST TO VACATE THE COURT'S INITIAL PRETRIAL SCHEDULING ORDER PENDING THIS COURT'S ORDER ON PLAINTIFF'S MOTION TO REMAND

017088.0000829
822987.1